Respondent.— No opinion.
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. NORRIS GROSSWAITHE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the proceeding.

MANQUEEN CORPORATION, Appellant, v. LUCY B. KRAUSE et al., Respondents. No opinion. (Cohn, J., dissents and votes to affirm.) Appeal from order entered August 29, 1942, unanimously dismissed. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (November 23, 1942.)

JEAN POLLARD, Plaintiff, v. BIDDLE REALTY CORP., Respondent, and NEW ART SIGN CO., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (November 27, 1942.)

HOWARD W. AMBRUSTER, Appellant, v. THE ANGLO-SOUTH AMERICAN TRUST COMPANY et al., Defendants, and PARKE, DAVIS & COMPANY et al., Respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THEATRES DEVELOPMENT CORPORATION, as a Stockholder of NORTH BERGEN AMUSEMENT CORPORATION, Suing on Its Own Behalf and on Behalf of NORTH BERGEN AMUSEMENT CORPORATION, Appellant, v. LOEW'S INCORPORATED et al., Respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

EMILY F. HOOPER, Respondent, v. JULIAN ARNOLD, as Executor under the Will of ISAAC L. STERN, Deceased, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Assignment for the Benefit of Creditors of POPULAR BELT CORPORATION to MORTIMER H. TISCHLER. MORTIMER H. TISCHLER, Appellant; SAMUEL BREITER et al., Doing Business as GIBRALTAR TRADING CO., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Extension of the Ward's Island Sewage Treatment Works in the Borough of Manhattan. ALMERINDO PORTFOLIO, as